

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RICHARD ALLEN STEWART and
LINDSEY N. BASCOM,

    Plaintiffs,

v.                                    Civil Action No. 3:14cv237 (JAG)

QUADROS & ASSOCIATES, P.C.,

    Defendant.

## DISMISSAL ORDER

Upon the agreement and stipulation of the parties, Plaintiffs Richard Allen Stewart and Lindsey B. Bascom, by counsel, and Defendant Quadros & Associates, P.C., by counsel, the matters at issue between them in the present action, which concern the claims set forth in Plaintiffs' Complaint, have been compromised, agreed, and settled.

Accordingly, it is hereby **ORDERED** that Plaintiffs' Complaint and the claims set forth therein be **DISMISSED** with prejudice.

This Court shall retain jurisdiction to enforce the terms of the settlement agreement between the parties.

    **IT IS SO ORDERED.**

ENTER: 9/10/14

/s/
John A. Gibney, Jr.
The Honorable John A. Gibney United States District Judge

WE ASK FOR THIS:

_____
John Cole Gayle, Jr. (VSB No. 18833)
Counsel for Plaintiffs
The Consumer Law Group
5905 West Broad Street, Suite 303
Richmond, VA 23230
Telephone: (804) 282-7900
Facsimile: (804) 673-0317
E-mail: jgayle@theconsumerlawgroup.com

_____
John C. Lynch (VSB No. 39267)
Daniel T. Berger (VSB No. 81861)
Counsel for Defendant
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com
E-mail: daniel.berger@troutmansanders.com

23120006v1